# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Tyren L. Cervenak | Case No: 1:22CR204<br>USM No: 95829-509<br>Catherine Shusky<br>*Defendant's Attorney* |

Date of Original Judgment: 05/17/2023
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant is not eligible for relief.

Except as otherwise provided, all provisions of the judgment dated 05/17/2023 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/28/2024

s/John R. Adams
*Judge's signature*

Effective Date: _____
*(if different from order date)*

John R. Adams, U.S. District Judge
*Printed name and title*